# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern
OCT 25 2023
FILED
Clerk of Court

(Full name of plaintiff)

religion Messianic Masonic Jewish rabbi May crystal

David Young

v.

(Full name of defendant(s))

Marathon County sheriff wisconsin
Eau Claire County sheriff wisconsin

Case Number: 23 C1417
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State), and is located at P.O. Box 220 Winnebago WI 54985 (Address of prison or jail)

2. Defendant Marathon County sheriff / Eau Claire county sheriff (Name) is (if a person or private corporation) a citizen of Wisconsin (State, if known) and (if a person) resides at _____ (Address, if known)

Complaint – 1

Case 2:23-cv-01417-JPS     Filed 10/25/23     Page 1 of 7     Document 1

and (if the defendant harmed you while doing the defendant's job)

worked for __Sheriff's department__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Marathon County Sheriff violated my mental rights. I get very sick being in jail. I get very depressed being in jail. I suffer mental truma in jail. I suffer brain damege in jail. I suffer mental anguish in jail. I cant handle jail. Jail is to much for i. I get disturbd in jail. I lose my mind in jail. I have two open cases, one in Marathon county and one in Eau claire county

Complaint – 2

Jail make's, i more mental

Jail cause's, i to have more mental issue's.

mental medication doe's, not help i,

in Jail.

i see things, that our not real in

Jail.

inmate's, make i sick in Jail

Marathon county Jail refused to Give i

A no meat no Fruit's, no veggie's.

kosher diet with top ramen mission soup's,

wheat cereal 4 times, a day,

diet coke each day choclate milk,

For a snack at nite cow's, milk

For each meal choclate candey each day

Doritos, and cheezits, each day

kosher cookies. kosher burrito's,

kosher pizza no sauce kosha crackers.

Frosted mini cereal potatoes, with salt/pepper

pancakes with syrup each day. kosher peanutbutter

A shave each day a black or white uniform

kosher pop tarts. 5 Fiber pill's, a day.

i Get sick if i don't have a lot of Fiber.

they refused to Give i women's deodarant Fancey photos, of pretty nude women

women's perfume women's lotion

winston tobacco For my religion or cigars

C.  JURISDICTION

☑  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

requesting i stay at thee, wisconsin resource center, or a state hospital until my court Hearings, our done. No staying at a county, becuse i have cronic health issues,. i cant handle jail. No jail time. requesting Zoom video court, For court hearings, at wrc. requesting 1000 dollars, paid to i, becuse i sufferd horrid mental problems, At thee marathon county jail. And Marathon county jail. violated my religion

Complaint – 4

i david Young is registerd messianic masonic jewish since 1995. or its called messian masonic messianic

E.  JURY DEMAND

   I want a jury to hear my case.

   ☐ – YES      ☑ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __19__ day of __Oct__ 20_23_.

   Respectfully Submitted,

   _David Young_
   Signature of Plaintiff

   _05-90-53_
   Plaintiff's Prisoner ID Number

   _WRC PO Box 220 Winnebago_
   _WI 54985_
   (Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:23-cv-01417-JPS    Filed 10/25/23    Page 5 of 7    Document 1

23C1417   Motion Lawsuite   Summons

United states district court
Green bay wisconsin

Plaintiff David John Young

Defendents wisconsin resourse center doctor warden chaplain Program services staff

Complaints is

thee doctor is refusen to Give triple thee Amount or more of Fiber wheat iron proteen sodium starch tupramen Doctors in canada and iran inform, i need to take up to 5 or more Fiber Pills, A day or i Get sick. and eat a lot of, wheat cereal each or All Get sick eat 5 tupramen soups a day For health reasons, i Get sick if i dont eat a lot of, sodium and starch each day tupramen i need
i Get sick if i dont eat pure proteen choclate, bars. i need a day with choclate milk.
i Get sick if i dont have iron
turn over

Case 2:23-cv-01417-JPS   Filed 10/25/23   Page 6 of 7   Document 1

religion is messianic masonic Jewish
or its called masonic messianic Jewish
thee chaplain is has no masonic messianic
Jewish bibles, or scarfs,
thee chaplain refuses to Get those items.
For i
wrc has no kosher diets.
registerd messianic masonic Jews,
eat no meat no fruit no veggies,
kosher diet with some foods,
that our not kosher
registerd messianic masonic Jews,
Dress in All white or All black.
wrc refuses to Give i a white uniform
that's illegal.
religion requires i to were womens deadorant,
womens perfume womens lotion
black womens underwere silk black socks,
white uniform wrc has white uniforms
they wont Give i one
religion requires i to Lisent to music
on a tablet. wrc refuses to Give i a tablet
wrc refuses to Give i a white or black,
beancy to cover my head at All occasions.
registerd members eat pure proteen chocolate bars,
or other chocolate (pryoteen form) bars, each day with chocolate milk
that is illegal and unFashionable
wrc refuses to Let i shave relief requesting
every thing i listed that wrc wont give i